IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA MATTHEWS,            ) | |
|     Plaintiff,            ) | |
|                 ) | |
| v.            ) | CIVIL ACTION 14-00601-KD-N |
|                 ) | |
| CITY OF MOBILE,            ) | |
|     Defendant.            ) | |

**JUDGMENT**

In conjunction with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that Judgment is entered against Plaintiff Cassandra Matthews and in favor of Defendant the City of Mobile. It is further **ORDERED** that all of Plaintiff's Cassandra Matthews' claims against Defendant the City of Mobile are **DISMISSED.**

**DONE** and **ORDERED** this **2**$^{nd}$ day of **May 2016.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**